UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pat Ellebracht, on behalf of himself and all others similarly situated,

        Plaintiff,

v.

MOCON, Inc., Robert L. Demorest, Robert F. Gallagher, Bradley D. Goskowicz, Tom C. Thomas, David J. Ward, Kathleen Iverson, and Paul R. Zeller,

        Defendants.

Case No. 17-cv-1662 (JNE/FLN)
ORDER

        Based on the parties' stipulation of dismissal [Docket No. 24], IT IS ORDERED THAT:

1. As to Pat Ellebracht's claims on behalf of himself, the action is DISMISSED WITH PREJUDICE. All claims on behalf of the putative class are DISMISSED WITHOUT PREJUDICE.

2. Within 28 days of the date of this Order, Ellebracht shall file his motion for attorney's fees and expenses.

Dated: July 5, 2017

        s/ Joan N. Ericksen
        JOAN N. ERICKSEN
        United States District Judge